## The City of Knoxville v. Foster.

RECORD INSUFFICIENT: JUDGMENT AFFIRMED.

*Appeal from Marion District Court.*

FRIDAY, DECEMBER 7.

*W. S. Kenworthy*, for appellant.

*Smith McPherson, Attorney-general,* for the State.

DAY, CH. J.—The defendant, upon information before the mayor of the city of Knoxville, was convicted of a violation of the city ordinances of said city. He appealed to the district court, where, upon jury trial, he was again convicted, and fined fifteen dollars and costs. The cause is submitted upon the transcript, without argument for the appellant.

The transcript contains no bill of exceptions, evidence or instructions. The record discloses no error.

AFFIRMED.

---

## The State v. Quigley et al.

RECORD INCOMPLETE: APPEAL DISMISSED.

*Appeal from Marshall District Court.*

MONDAY, DECEMBER 10.

*Lincoln King*, for defendant.

*Smith McPherson, Attorney-general*, for the State.

DAY, CH. J.—This case was submitted upon the written transcript, without printed abstract. The transcript contains the evidence, the instructions given and refused, and the motion for a new trial, but, aside from the instructions and the motion for new trial, it does not show that the defendants were indicted, nor that they were tried, nor what verdict was returned, nor that any judgment was entered. The record also fails to show that the defendants have appealed. In this condition of the record, we cannot entertain jurisdiction of the appeal. No course is left for us but to order that the appeal be

DISMISSED.